# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A. | S.D.N.Y. | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/senior | ☐ Nomination  Date <br> ☐ Initial  ☐ Annual  ☑ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 04/29/2016 |

**7. Chambers or Office Address**

Stoock, Stoock and LAVANx
180 Maiden Lane
New York, N.Y. 10038

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015-2016 | West Services, Inc. Book Royalties | $9,877.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2015 | State University of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | 1/2/15-1/3/15 | Washington D.C. | Speaker | Travel, Food, Lodging |
| 2. | National Ass'n of Criminal Defense Lawyers | 1/12/15-1/14/15 | Aspen, CO | Speaker | Travel, Food, Lodging |
| 3. | American Judicature Society | 2/6/15-2/7/15 | Houston, Texas | Speaker | Travel, Food, Lodging |
| 4. | University of Texas | 2/20/15 | Austin, TX | Speaker | Travel, Food, Lodging |
| 5. | Arizona State University | 3/10/15-3/13/15 | Tempe. AZ | Speaker | Travel,. Food, Lodging |
| 6. | University of California/Los Angeles (UCLA) | 4/15/15-4/20/15 | Los Angeles, CA | Speaker | Travel, Food, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Scheindlin, Shira A.** | 05/15/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | American Constitution Society | 6/11/15-6/12/15 | Washington DC | Speaker | Travel, Food, Lodging |
| 8. | American Bar Association | 7/30/15-8/1/15 | Chicago, ILL | Attend Meeting | Travel, Food, Lodging |
| 9. | University of Missouri | 9/27/15-9/29/15 | Kansas City, MI. | Speaker | Travel, Food, Lodging |
| 10. | University of California Los Angeles (UCLA) | 10/16/15-10/17/15 | Los Angeles, CA | Speaker | Travel, Food, Lodging |
| 11. | Eastern District Texas Bench/ Bar Conference | 10/21/15-10/22/15 | Dallas, TX | Speaker | Travel, Food, Lodging |
| 12. | Sedona Conferencei | 10/28/15-10/29/15 | Orlando, FL | Speaker | Travel, Food, Lodging |
| 13. | Cornell Law School | 11/06/15-11/08/15 | Ithaca, NY | Attend Meeting | Travel, Food, Lodging |
| 14. | American Bar Association | 11/13/15-11/14/15 | Nashville, TENN | Attend Meetinig | Travel, Food, Lodging |
| 15. | Arizona State University | 3/8/16-3/11/16 | Tempe, AZ | Speaker | Travel, Food, Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1,Brooklyn, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. IRA #1 (formerly Equity Services, now TIAA-CREF) | | | | | | | | | |
| 3. TIAA-CREF emerging mkts equity index Fd(TEQLX) | A | Dividend | | | Sold | 06/17/15 | K | | |
| 4. | | | | | Buy | 08/04/15 | K | | |
| 5. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 6. | | | K | T | Buy (add'l) | 12/15/15 | J | | |
| 7. TIAA-CREF Int'l Equity Index FD (TCIEX) | B | Dividend | | | Sold | 06/17/15 | K | | |
| 8. | | | | | Buy | 08/04/15 | K | | |
| 9. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 10. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 11. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 12. | | | K | T | Buy (add'l) | 01/27/16 | J | | |
| 13. ishares TR Msci EAFE small cap etf (SCZ) | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 14. | | | | | Sold | 06/17/15 | K | | |
| 15. | | | | | Buy | 08/04/15 | J | | |
| 16. | | | K | T | Buy (add'l) | 08/13/15 | J | | |
| 17. ishares TR Tips BD ETF (TIP) | A | Dividend | | | Sold | 06/17/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 08/04/15 | J | | |
| 19. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 20. | | | K | T | Buy (add'l) | 08/13/15 | J | | |
| 21. ishares TR Russell Mid-Cap Value ETF (IWS) | A | Dividend | | | Sold | 06/17/15 | K | C | |
| 22. | | | | | Buy | 08/04/15 | K | | |
| 23. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 24. | | | K | T | Buy (add'l) | 01/05/16 | J | | |
| 25. ishares TR Russell Mid-cap ETF (IWR) | A | Dividend | | | Sold | 06/17/15 | K | B | |
| 26. | | | | | Buy | 08/04/15 | K | | |
| 27. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 28. | | | | | Sold (part) | 01/25/16 | J | | |
| 29. | | | | | Sold | 01/25/16 | J | | |
| 30. ishares TR Russell 2000 Value ETF (IWN) | A | Dividend | | | Sold | 06/17/15 | K | A | |
| 31. | | | | | Buy | 08/04/15 | J | | |
| 32. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 33. | | | J | T | Sold (part) | 01/25/15 | J | | |
| 34. ishares TR Russell 2000 Growth ETF (IWO) | A | Dividend | | | Sold | 06/17/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 08/04/15 | J | | |
| 36. | | | J | T | Buy (add'l) | 08/13/15 | J | | |
| 37. TIAA-CREF Large Cap Value Index FD (TILVX) | B | Dividend | | | Sold | 06/17/15 | K | C | |
| 38. | | | | | Buy | 08/04/15 | K | | |
| 39. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 40. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 41. | B | Distribution | L | T | Buy (add'l) | 01/25/16 | J | | |
| 42. TIAA-CREF Large Cap Growth Index FD (TILIX) | A | Dividend | | | Sold | 06/17/15 | K | D | |
| 43. | B | Distribution | | | Buy | 08/04/15 | J | | |
| 44. | | | K | T | Buy (add'l) | 08/13/15 | J | | |
| 45. TIAA-CREF Bond Index FD (TBIIX) | A | Dividend | | | Sold | 06/17/15 | J | A | |
| 46. | A | Distribution | | | Buy | 08/04/15 | J | | |
| 47. | | | J | T | Buy (add'l) | 08/13/15 | J | | |
| 48. Fidelity Advisor Emerging Mkts (FMKIX) | A | Dividend | | | Sold | 06/17/15 | J | | |
| 49. | | | | | Buy | 08/04/15 | J | | |
| 50. | | | K | T | Buy (add'l) | 08/13/15 | J | | |
| 51. SPDR SER TR Dow Jones REIT (RWR) | A | Dividend | | | Sold | 06/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 53. | | | J | T | Buy (add'l) | 08/13/15 | J | | |
| 54. ishares TR IBOXX $ Hi-Yield BD ETF (HYG) | A | Dividend | | | Sold | 06/17/15 | J | | |
| 55. | | | | | Buy | 08/04/15 | J | | |
| 56. | | | J | T | Buy (add'l) | 08/13/15 | J | | |
| 57. iShares TR Russell Mid Cap Gth ETF (1WP) | | None | K | T | Buy | 01/25/15 | K | | |
| 58. Dreyfus Gov't Prime Inv Sh (IRA Cash Sweep Acct) | A | Interest | J | T | | | | | |
| 59. Retirement Accounts | | | | | | | | | |
| 60. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 61. College Retirement Equities Fund | A | Dividend | P1 | T | | | | | |
| 62. Supplemental and Group Retirement Anuities | A | Dividend | O | T | | | | | |
| 63. Other Miscellaneous Investments/Bank Accounts | | | | | | | | | |
| 64. AXA Financial Insurance Company Stock | A | Int./Div. | J | T | | | | | |
| 65. Pfizer | C | Dividend | L | T | | | | | |
| 66. Investors Bank | A | Interest | J | T | | | | | |
| 67. Investors Bank | A | Interest | J | T | | | | | |
| 68. Chase Manhattan Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 70. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 71. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 72. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 73. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 74. Brokerage Account #1 (US Trust) | | | | | | | | | |
| 75. ASTON Montag & Caldwell Grth FD CL 1 (MCGIX) | A | Dividend | K | T | | | | | |
| 76. | D | Distribution | | | | | | | |
| 77. Columbia DIV. INC FD CLZ (GSFTX) | D | Distribution | M | T | Sold (part) | 09/03/15 | K | C | |
| 78. | D | Dividend | | | Buy (add'l) | 01/02/15 | K | | |
| 79. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL Z (UMLGX) | E | Distribution | M | T | Buy (add'l) | 09/03/15 | K | | |
| 80. BOFA NY Tax Exempt Res. Tr. Cl.(cash sweep) | A | Dividend | J | T | | | | | |
| 81. Columbia Small Cap Grth FD (CMSCX) | | None | | | Sold | 03/30/15 | K | E | |
| 82. Columbia NY Inter Muni Bd Fund Cl Z (GNYTX) | C | Interest | L | T | Sold (part) | 03/30/15 | J | A | |
| 83. Columbia Short Term Muni Bd Fd Cl Z | A | Int./Div. | | | Sold | 03/30/15 | J | | |
| 84. Janus Invest. FD Enterprise (JMGRX) | C | Distribution | M | T | | | | | |
| 85. Lazard Fd. Inc. Emerg. Mkts. (LZEMX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. Thornburg Int. Value Fd (TGVIX) | A | Dividend | | | Buy (add'l) | 10/29/15 | J | | |
| 88. | D | Distribution | | | Sold | 12/30/15 | L | | |
| 89. Harbor Int'l Fund (HAINX) | B | Distribution | K | T | Buy (add'l) | 03/30/15 | J | | |
| 90. Harbor Intl Fund (HAINX) | A | Int./Div. | K | T | Sold (part) | 12/30/15 | J | | |
| 91. Columbia High Yield Municipal Fund (SHRMX) | B | Interest | K | T | Buy (add'l) | 01/02/15 | J | | |
| 92. | | | | | Buy (add'l) | 06/18/15 | K | | |
| 93. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 94. Eaton Vance Atlanta Cap. (EISMX) | B | Distribution | K | T | Sold (part) | 06/18/15 | K | D | |
| 95. Columbia Emerging Mkt Fd Cl Z (UMEMX) | | None | J | T | Sold (part) | 09/03/15 | J | | |
| 96. | | | | | Sold (part) | 10/29/15 | J | | |
| 97. | | | | | Sold (part) | 12/29/15 | K | | |
| 98. PIMCO All Asset FD | B | Dividend | | | Sold | 03/30/15 | K | | |
| 99. Artison Int'l Fd (ARTIX) | | None | | | Buy (add'l) | 03/30/15 | J | | |
| 100. | | None | | | Sold | 09/03/15 | M | | |
| 101. Oppenheimer Intl Gth Fd | B | Int./Div. | M | T | Buy (add'l) | 09/03/15 | M | | |
| 102. PIMCO Commodities Plus Strategies | B | Dividend | | | Sold (part) | 03/30/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/29/15 | K | | |
| 104. | | | | | Sold | 12/30/15 | K | | |
| 105. Prudential Global Real Estate (PURZX) | A | Dividend | K | T | | | | | |
| 106. Prudential Global Real Estate (PURZX) | A | Distribution | K | T | | | | | |
| 107. Robeco Boston Partners Long/Short Research Fund (BPIRX) | C | Distribution | L | T | | | | | |
| 108. AMG (Managers)Real Estate Secs. FD (MRESX) | B | Dividend | K | T | | | | | |
| 109. AMG (Managers)Real Estate Secs. FD (MRESX) | C | Distribution | K | T | | | | | |
| 110. Columbia Tax-Exempt FD | B | Dividend | K | T | Buy | 01/02/15 | J | | |
| 111. Victory Small Co Oppty FD | C | Distribution | K | T | Sold (part) | 06/24/15 | J | | |
| 112. | A | Dividend | | | Buy (add'l) | 09/03/15 | J | | |
| 113. Goldman Sachs Strategic Income | A | Dividend | | | Buy | 01/02/15 | K | | |
| 114. | | | | | Sold | 12/30/15 | K | | |
| 115. Ivy Asset Strategy Fd | C | Distribution | | | Buy | 03/30/15 | K | | |
| 116. | A | Dividend | | | Buy (add'l) | 09/03/15 | J | | |
| 117. | | | | | Sold (part) | 06/24/15 | J | | |
| 118. | | | | | Sold (part) | 10/29/15 | K | | |
| 119. | | | | | Sold | 12/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. LEGG Mason Clear Bridge Small Cap | A | Distribution | K | T | Buy | 03/30/15 | K | | |
| 121. MFS Int'l New Discovery | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 122. PIMCO Commodity Real retun | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 123. | | | | | Sold (part) | 06/24/15 | J | A | |
| 124. | | | | | Sold (part) | 10/29/15 | K | | |
| 125. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 126. NATIXIF | A | Dividend | K | T | Buy | 10/29/15 | K | | |
| 127. AQR Multistrategy Alternative | B | Dividend | L | T | Buy | 12/30/15 | L | | |
| 128. CAMBIAR Int'l Equity Fd | A | Dividend | L | T | Buy | 12/30/15 | L | | |
| 129. Neuberger Berman Emerging Mkts | A | Dividend | L | T | Buy | 12/30/15 | L | | |
| 130. Brokerage Acct. #2 (TIAA-CREF) | | | | | | | | | |
| 131. Fidelity Advantage Small Cap.(FSCTX) | A | Distribution | K | T | | | | | |
| 132. Fidelity Advantage Mid Cap (FMCAX) | A | Distribution | L | T | | | | | |
| 133. MSCI Hong Kong (EWH) | A | Dividend | J | T | | | | | |
| 134. SPDR Gold Trust (GLD) | | None | K | T | | | | | |
| 135. Long Leaf Partners Fund (LLPFX) | | None | | | Sold | 09/16/15 | J | B | |
| 136. Perritt Micro Cap FD (PRCGX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Oakmark Select Fund (OAKLX) | A | Dividend | J | T | | | | | |
| 138. Fairholme Fund (FAIRX) | | None | | | Sold | 05/28/15 | J | C | |
| 139. SPDR Series TR S&P regl. B (KRE) | A | Dividend | J | T | | | | | |
| 140. Federated NY Muni Cash Series (TIAA-CREF sweep) | A | Interest | J | T | | | | | |
| 141. Brokerage Acct. #3 (TIAA-CREF) | | | | | | | | | |
| 142. Bernstein Diversified Mun Portfolio Fund Advisor (SNDPX) | A | Distribution | K | T | Buy (add'l) | 06/01/15 | J | | |
| 143. TIAA-CREF Emerging Mkts Equity Index Fd (TEQLX) | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 144. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 145. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 146. Franklin Hi-Yield Tax Free Income FD (FHYVX) | A | Distribution | J | T | Buy (add'l) | 06/01/15 | J | | |
| 147. | | | | | Sold (part) | 01/25/16 | J | A | |
| 148. Thornburg Intermed Municipal National Inst (THMIX) | A | Distribution | J | T | Buy (add'l) | 06/01/15 | J | | |
| 149. Wells Fargo Advtg Ultra Short term Muni income fd (SMAVX) | A | Distribution | K | T | Buy (add'l) | 06/01/15 | J | | |
| 150. T Rowe Price Summit Muicipal Intermediate (PRSMX) | A | Distribution | J | T | Buy (add'l) | 06/01/15 | J | | |
| 151. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 152. Fidelity Advisor Emerging Mkts Income (FMKIX) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 153. ishares TR MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 155. iShares TR Russell MidCap Value ETF IWS | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 156. | | | | | Buy (add'l) | 01/04/16 | J | | |
| 157. | | | | | Sold (part) | 04/25/16 | J | A | |
| 158. ishares TR Russell mid-cap ETF (IWR) | A | Dividend | | | Sold | 01/25/16 | J | | |
| 159. ishares TR Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy (add'l) | 06/01/15 | J | | |
| 160. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 161. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 162. ishares TR Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 163. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 164. ishares TR Russell 2000 Value EYF (IWN) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 165. ishares TR Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | | | | | |
| 166. ishares TR MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy (add'l) | 01/07/15 | J | | |
| 167. SPDR Ser TR Dow Jones Reit ETF (RWR) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 168. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 169. iShares TR Russell Midcap Gth ETF (IWP | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 170. TIAA Bank Brokerage Sweep Acc't. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brokerage Acc't # 4 (Scottrade) | | | | | | | | | |
| 172. Vanguard Int'l Growth Fund VWIGX | A | Dividend | J | T | | | | | |
| 173. Windstream (WIN) | A | Dividend | | | Sold | 06/11/15 | J | | |
| 174. Markwest (MWE) | A | Int./Div. | | | Sold | 10/23/15 | J | D | |
| 175. SPDR Index SHS FDS INT ETF (IPF) | A | Int./Div. | | | Sold | 01/28/15 | J | | |
| 176. MSCI Hong Kong (EWH) | A | Int./Div. | J | T | | | | | |
| 177. Fairholme FND (FAIRX) | A | Distribution | K | T | | | | | |
| 178. US Bank NA (sweep acc't) | A | Interest | J | T | | | | | |
| 179. Fidelity Nordic (FNORX) | A | Int./Div. | J | T | Buy (add'l) | 02/18/16 | J | | |
| 180. Fidelity EMEA FND (FEMEX) | A | Int./Div. | | | Sold | 01/28/15 | J | | |
| 181. Fidelity Emerging Asia FND (FSEAX) | A | Int./Div. | | | Sold | 03/04/16 | J | A | |
| 182. Fidelity Value Fund (FDVLX) | A | Dividend | J | T | | | | | |
| 183. Columbia Aggressive Value (CAMAX) | A | Dividend | J | T | Buy (add'l) | 01/04/15 | J | | |
| 184. T Rowe Price Cap Appreciation FND (PRWCX) | A | Dividend | J | T | Buy (add'l) | 04/26/16 | J | | |
| 185. Powershares Dynamic FND (PBE) | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 186. Market Vectors Gold FND (GDX) | A | Dividend | | | Sold | 02/02/15 | J | | |
| 187. ishares TR Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy (add'l) | 01/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 189. iShares MSCI USA Quality Factor ETF (QUAL) | | None | J | T | Buy | 06/15/15 | J | | |
| 190. Brokerage Account #5 (JP Morgan Chase) | | | | | | | | | |
| 191. SPDR S & P 500 ETF (SPY) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 192. | | | | | Sold | 06/16/15 | J | A | |
| 193. American Century Interterm (AXBIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 194. | | | | | Sold | 06/16/15 | J | | |
| 195. Black Rock FDS US (BHYIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 196. | | | | | Sold | 06/16/15 | J | | |
| 197. Goldman Sachs Emerging Market (GSDIX) | A | Dividend | | | Sold | 06/04/15 | J | | |
| 198. Oakmark Fund (OAKMX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 199. Oakmark Fund (OAKMX) | | None | | | Sold | 06/16/15 | J | B | |
| 200. JP Morgan TRI/inter tax free BD FND Instlk CL (JITIX) | A | Dividend | | | Buy | 06/04/15 | J | | |
| 201. | | | | | Sold | 06/16/15 | J | | |
| 202. JP Morgan TR1 U S Equity FD Instl Cl (JMUEX) | A | Dividend | | | Buy | 06/04/15 | J | | |
| 203. | | | | | Sold | 06/16/15 | J | B | |
| 204. JP Morgan TR1/Midcap Equity (VSNGX) | A | Dividend | | | Sold | 06/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JP Morgan TR I Int"l Value FD Instl Cl (JNUSX) | A | Dividend | | | Sold (part) | 04/07/15 | J | A | |
| 206. | | | | | Sold | 04/27/15 | J | A | |
| 207. JPMorgan High Yield (OHYFX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 208. | | | | | Sold | 06/16/15 | J | | |
| 209. JP Morgan TR II Short Inter Mun Bd Fd Instl (JIMIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 210. | | | | | Sold | 06/04/15 | J | A | |
| 211. MFS Ser. Tr. X Emerging Market (MEDIX) | A | Dividend | | | Sold | 06/04/15 | J | | |
| 212. T Rowe Price Summit (PRSMX) | A | Dividend | | | Sold (part) | 06/04/15 | J | A | |
| 213. | | | | | Sold | 06/16/15 | J | A | |
| 214. iShares Trust Russell 2000 (IWM) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 215. John Hancock Inc. Fd (JSTIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 216. | | | | | Sold | 06/16/15 | J | A | |
| 217. Massachusetts Investors (MITIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 218. | | | | | Sold | 06/16/15 | J | | |
| 219. Mainstay (MHYIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 220. | | | | | Sold | 06/16/15 | J | | |
| 221. MFS Research International (MRSIX) | A | Dividend | | | Buy (add'l) | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 27

**Name of Person Reporting**

Scheindlin, Shira A.

**Date of Report**

05/15/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 223. | | | | | Sold | 06/16/15 | J | A | |
| 224. American Century Value Fund (AVLIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 225. | | | | | Sold | 06/16/15 | J | A | |
| 226. Goldman Sachs Small Cap (GSSIX) | A | Dividend | | | Sold | 03/09/15 | J | A | |
| 227. JP Morgan TRI Small Cap (VSEIX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 228. | | | | | Sold | 06/16/15 | J | A | |
| 229. JP Morgan Growth Advantage (JGASX) | A | Distribution | | | Sold | 06/16/15 | J | A | |
| 230. Wells Fargo Adv FDS - Emerging Mkts Equity FD Inst'l (EMGNX) | A | Distribution | | | Buy (add'l) | 06/04/15 | J | | |
| 231. | | | | | Sold | 06/16/15 | J | | |
| 232. ishares MSCI EAFE ETF (EFA) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 233. | | | | | Sold | 06/16/15 | J | A | |
| 234. Alliance Bernstein Inter (AIDAX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 235. | | | | | Sold | 06/16/15 | J | A | |
| 236. PIMCO Low Duration Fund (PTLDX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 237. | | | | | Sold | 06/16/15 | J | | |
| 238. Dodge & Cox Funds (DODFX) | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 06/16/15 | J | | |
| 240. Blackrock Int'l Index FD Inst'l Cl (MAIIX) | A | Dividend | | | Sold | 06/16/15 | J | A | |
| 241. Deleware GRP Caps Emerging DEMIX | A | Dividend | | | Buy (add'l) | 06/04/15 | J | | |
| 242. | | | | | Sold | 06/16/15 | J | A | |
| 243. JP Morgan Deposit Sweep MGD (QCPCM) | A | Interest | | | Closed | 06/16/15 | J | | |
| 244. Columbia FDS Ser Tr 11 Mass TAPRX | A | Interest | | | Buy | 03/09/15 | J | | |
| 245. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 246. | | | | | Sold | 06/16/15 | J | A | |
| 247. T Rowe Price New Asia Fd PRASX | | None | | | Buy | 03/09/15 | J | | |
| 248. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 249. | | | | | Sold | 06/16/15 | J | A | |
| 250. Deutsche X Trackers MSCI DBEF | | None | | | Buy | 04/07/15 | J | | |
| 251. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 252. | | | | | Sold | 06/16/15 | J | | |
| 253. Brokerage Acct #6 (JP Morgan Chase)/ | | | | | | | | | |
| 254. | A | Distribution | | | | | | | |
| 255. Cohen and Steere Real Estate Sec FD Cl 1 (CSDIX) | A | Dividend | | | Sold (part) | 03/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | A | Distribution | | | Buy (add'l) | 06/19/15 | J | | |
| 257. | | | | | Sold | 07/20/15 | K | | |
| 258. JP Morgan Sweep Acc't | A | Interest | | | Closed | 07/16/15 | J | | |
| 259. Alliance Bernstein Int. (AIDAX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 260. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 261. | | | | | Sold | 07/20/15 | K | | |
| 262. Aston/Fairpointe MidCap Inc. (ABMIX) | A | Dividend | | | Sold (part) | 06/19/15 | J | | |
| 263. | | | | | Sold | 07/20/15 | J | | |
| 264. Fidelity Advisors New Iisights (FINSX) | A | Dividend | | | Sold (part) | 03/23/15 | K | A | |
| 265. | | | | | Sold (part) | 06/19/15 | J | A | |
| 266. | | | | | Sold | 07/20/15 | K | A | |
| 267. Franklin NY Tax Free TR (FNYZX | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 268. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 269. | | | | | Sold | 07/20/15 | J | | |
| 270. Goldman Sachs Small Cap (GSSIX) | A | Dividend | | | Sold (part) | 03/23/15 | J | A | |
| 271. | | | | | Sold (part) | 06/19/15 | J | A | |
| 272. | | | | | Sold | 07/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Goldman Sachs Emerging Markets (GSDIX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 274. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 275. | | | | | Sold | 07/20/15 | J | | |
| 276. Oakmark Fd (OAKMX) | A | Dividend | | | Sold (part) | 03/23/15 | J | A | |
| 277. | | | | | Sold (part) | 06/19/15 | J | A | |
| 278. | | | | | Sold | 07/20/15 | K | B | |
| 279. JP Morgan TrII Small Cap Growth (JISEX) | A | Distribution | | | Sold (part) | 03/23/15 | J | A | |
| 280. | | | | | Sold (part) | 06/19/15 | J | A | |
| 281. | | | | | Sold | 07/20/15 | J | A | |
| 282. JPM Diversified MidCap (HLGEX) | A | Distribution | | | Sold (part) | 03/23/15 | J | A | |
| 283. | | | | | Sold (part) | 06/19/15 | J | A | |
| 284. | | | | | Sold | 07/20/15 | J | A | |
| 285. Oppenheimer Develop kts FD Cl Y (ODYVX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 286. | | | | | Sold (part) | 06/19/15 | J | | |
| 287. | | | | | Sold | 07/20/15 | K | | |
| 288. TRPrice Summit Muncpl Fd (PRINX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 289. | | | | | Buy (add'l) | 06/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 07/20/15 | K | A | |
| 291. TRPrice Tax Free (PRFHX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 292. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 293. | | | | | Sold | 07/20/15 | K | A | |
| 294. iShates Russell 2000 ETF (IWM) | A | Dividend | | | Sold (part) | 03/25/15 | J | A | |
| 295. | | | | | Sold | 07/20/15 | J | A | |
| 296. iRussell 1000 Grth (IWF) | A | Dividend | | | Sold (part) | 03/25/15 | J | A | |
| 297. | | | | | Sold (part) | 03/27/15 | J | A | |
| 298. | | | | | Sold | 07/27/15 | J | B | |
| 299. iRussell 1000 ETF (IWB) | B | Distribution | | | Buy (add'l) | 03/25/15 | J | | |
| 300. | | | | | Sold (part) | 06/19/15 | J | A | |
| 301. | | | | | Sold | 07/20/15 | J | A | |
| 302. Dodge and Cox Fds Inter.(DODFX) | A | Dividend | | | Sold (part) | 03/23/15 | J | A | |
| 303. | | | | | Sold (part) | 06/19/15 | J | A | |
| 304. | | | | | Sold | 07/20/15 | K | | |
| 305. Dodge and Cox Stock Fds (DODGX) | A | Dividend | | | Buy (add'l) | 03/23/15 | J | | |
| 306. | | | | | Sold (part) | 06/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 07/20/15 | K | B | |
| 308. iShares MSCI EAFE ETF (EFA) | A | Dividend | | | Sold (part) | 03/25/15 | J | | |
| 309. | | | | | Sold (part) | 06/19/15 | J | | |
| 310. | | | | | Sold | 07/27/15 | K | | |
| 311. Bernstein Deversified Municipal Porfolio Fd SNDPX | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 312. | A | Distribution | | | Buy (add'l) | 03/31/16 | J | | |
| 313. Fidelity Advisor Emerging Mkts Inc. Fd. FMKIX | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 314. Franklin High Yield Tax Free Inc. FHYVX | A | Distribution | L | T | Buy | 11/09/15 | J | | |
| 315. | | | | | Sold (part) | 01/25/16 | J | A | |
| 316. Nuveen NY Muni. Bd Fd NTNYX | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 317. | A | Distribution | | | Sold (part) | 01/26/16 | J | A | |
| 318. TIAA-CREF Emerging Mkts Equity Index FD TEQLX | A | Dividend | K | T | Buy | 11/09/15 | K | | |
| 319. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 320. | | | | | Buy (add'l) | 01/05/16 | J | | |
| 321. iShares TR MSCI EAFE ETF (EFA) | A | Dividend | K | T | Buy | 11/25/15 | K | | |
| 322. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 323. iShares TR Russell MidCap Value ETF (IWS) | A | Dividend | K | T | Buy | 11/25/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  iShare TR Russell MidCap Gth ETF (IWP) | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 325. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 326.  ishares TR Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy | 11/25/15 | K | | |
| 327. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 328.  iShares TR Russell 1000 Gth ETF (IWF) | A | Dividend | K | T | Buy | 11/25/15 | K | | |
| 329. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 330.  iShares TR Russell 2000 Value EFT (IWN) | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 331. | | | | | Sold (part) | 01/25/16 | J | | |
| 332.  iShares 2000 Gth ETF (IWO) | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 333.  iShares TR MSCI BAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 334.  iShares TR Russell MidCap ETF (IWR) | A | Dividend | | | Buy | 11/09/15 | J | | |
| 335. | | | | | Sold | 01/25/16 | J | | |
| 336.  Thornberg Int. Muni. Nt'l (THMIX) | | None | | | Buy | 11/09/15 | J | | |
| 337. | | | | | Sold | 12/03/15 | J | A | |
| 338.  SPDR SER TR Dow Jones REIT ETF (RWR) | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 339. | | | | | Buy (add'l) | 01/25/15 | J | | |
| 340.  Brokerage Acct #7 (Morgan Stanley) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Morgan Stanley Bank NA (Sweep Acct. | | None | J | T | | | | | |
| 342. Invesco Hi-Yield Muni C (ACTFX) | A | Dividend | J | T | | | | | |
| 343. Nabors Ind. Lmtd (NBR) | | None | J | T | Buy | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shira A. Scheindlin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544